**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA CARRIERS LLC,<br>Plaintiff,<br>v.<br>1-800-CONTACTS, INC.<br>Defendant. | C.A. No. 13-1620-LPS<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF DATA CARRIER LLC'S ANSWER TO
DEFENDANT 1-800-CONTACTS, INC.'S COUNTERCLAIM**

Plaintiff Data Carriers LLC ("Data Carriers") responds to Defendant/Counter-Claimant 1-800-Contacts, Inc.'s Counterclaims (D.I. 10) as follows.

**THE PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

**COUNTERCLAIM I**

8. Admitted.

9. Denied.

10. Admitted.

11. Denied.

12. Data Carriers admits that 1-800-Contacts, Inc. seeks a declaratory judgment but denies that it is entitled to that relief.

**RESPONSE TO PRAYER**

Data Carriers does not believe that a response to the Prayer is required. However, to the extent that 1-800-Contacts, Inc. asserts that it is entitled to any relief, Data Carriers disagrees with such assertions and denies the propriety of any relief sought.

**PRAYER FOR RELIEF**

WHEREFORE, Data Carriers prays for the following relief with regard to 1-800-Contacts, Inc.'s Counterclaims:

A. A dismissal with prejudice of 1-800-Contacts, Inc.' s Counterclaims;

B. An adjudication that 1-800-Contacts, Inc. is not entitled to any relief on its Counterclaims, including, without limitation, any fine or damages; and

C. Costs and such further relief to which Data Carriers is entitled, and which the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Data Carriers demands a trial by jury on all issues so triable.

January 2, 2014

BAYARD, P.A.

*/s/ Vanessa R. Tiradentes*

Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*

OF COUNSEL:

Paul V. Storm
Sarah M. Paxson
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000
pvstorm@gardere.com
spaxson@gardere.com